IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

JOHN C. STEVENSON,

                Defendant.

8:14CR217

ORDER

On the Motion to Dismiss (Filing No. 22) of the United States Attorney's Office, the above-captioned matter is hereby dismissed.

SO ORDERED.

DATED this 31st day of July, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge